IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANDREW THOMAS POTTER                                                    PLAINTIFF
ADC #181482

v.                              No. 3:25-cv-217-DPM

CHRISTOPHER BUDNIK, Warden,
Grimes Unit; RICKEY HERRING, Sgt.
#128399, Grimes Unit; COLE PILLOW,
Cpl. #161770, Calico Rock/Grimes Unit;
and CYNTHIA ALLISON, Sgt. #65124,
Grimes Unit                                                             DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 6*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 November 2025