IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANDREW THOMAS POTTER**  **PLAINTIFF**
**ADC #181482**

v.                         No. 3:25-cv-217-DPM

**CHRISTOPHER BUDNIK, Warden,**
**Grimes Unit; RICKEY HERRING, Sgt.**
**#128399, Grimes Unit; COLE PILLOW,**
**Cpl. #161770, Calico Rock/Grimes Unit;**
**and CYNTHIA ALLISON, Sgt. #65124,**
**Grimes Unit**                         **DEFENDANTS**

## JUDGMENT

Potter's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 November 2025